(94 South. 780)

**Ex parte REGISTER. (4 Div. 18.)**

(Supreme Court of Alabama, Oct. 26, 1922. Rehearing Denied Dec. 7, 1922.)

Certiorari to Court of Appeals.

Tom Register was convicted of violation of the prohibition laws, judgment was affirmed by the Court of Appeals, and he brings certiorari. Writ denied.

Sollie & Sollie, of Ozark, for petitioner.
Harwell G. Davis, Atty. Gen., for the State.

THOMAS, J. Petition of Tom Register for certiorari to the Court of Appeals to review the judgment and decision of affirmance of said court rendered in the case of Tom Register v. State of Alabama, 94 South. 778.

Writ denied.